1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AF HOLDINGS LLC,

11            Plaintiff,                    CIV. NO. S-12-1066 GEB GGH

12        vs.

13   JOHN DOE,

14            Defendant.                    <u>ORDER</u>

15   _____/

16            Presently before the court is defendant John Doe's "revised motion to quash or

17   vacate subpoena," filed August 7, 2012.  Defendant has not noticed the motion for hearing.

18   Defendant continues to decline to identify himself, despite the order of July 17, 2012, denying his

19   motion to quash without prejudice.  The court is unable to address the merits of the motion

20   without defendant first identifying himself.  Defendant's amended motion indicates that he may

21   not have understood the meaning of that order.  The court may only consider a future motion to

22   quash if defendant states his name in an amended motion to quash.  If he does so, *then* the court

23   will consider the merits of his motion.

24            Accordingly, for the reasons stated in the order of July 17, 2012, IT IS ORDERED

25   that:

26   \\\\\

1.   Defendant Doe's revised motion to quash subpoena, filed August 7, 2012, (dkt. no. 13), is denied without prejudice.

2.   The Clerk of the Court is directed to serve this order on Comcast Cable Communications LLC ("Comcast") or any other entity identified as providing internet services to John Doe at the IP address 67.182.119.178.  Comcast, or any other ISP subpoenaed pursuant to this order, shall in turn serve a copy of this order upon the subscriber (John Doe) within 30 days from the date of service upon it.  The ISP(s) may serve the subscriber using any reasonable means, including written notice sent to the subscriber's last known address, transmitted either by first-class mail or via overnight service.

DATED: August 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/AFHoldings1066.mtnqua2.wpd