IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
AF HOLDINGS LLC,                )
                                )    2:12-cv-01066-GEB-GGH
              Plaintiff,        )
                                )
        v.                      )    ORDER CONTINUING STATUS
                                )    (PRETRIAL SCHEDULING)
JOHN DOE,                       )    CONFERENCE
                                )
              Defendant.        )
_____)
```

Plaintiff's Status Report filed September 17, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 1, 2012, is continued to November 26, 2012, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1